# COURTROOM MINUTE SHEET
# RESENTENCING PROCEEDINGS

Date: 4-11-17  Case No.: 4:13-CR-00375-ERW-8

UNITED STATES OF AMERICA vs. Ismael Miranda-Zarco

Judge: Honorable E. Richard Webber   Deputy Clerk: E. Brown   Court Reporter: R. Fiorino
Interpreter: _____   Probation Officer: S. Davis

Assistant U.S. Attorney: Jeannette Graviss
Defendant Attorney(s): Joseph Hogan

- [x] Defendant/Parties present for imposition of resentencing
- [x] Presentence Report adopted/accepted by Court as findings of fact   [x] PSR filed under seal
- [ ] Government's Motion is  [ ] granted  [ ] denied
- [x] No Objections to Presentence report filed by either party.
- [ ] Objections to Presentence report filed by [ ] defendant [ ] government.
- [ ] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows:

- [x] Sentence imposed (see judgment)
- [x] Count(s) 3, 4, and 5 dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [x] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
- [ ] Defendant is released on Probation pending processing by USMS
- [x] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [ ] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.
- [ ]

Proceedings commenced 11:04 a.m.  Concluded 11:37 a.m.